## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-59311 |
| Douglas Scott } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

### Notice of Change of Address

My Former Mailing Address was:

Name:       Douglas Scott

Street:       3668 Cleveland Ave

City, State, Zip: Columbus, OH 43224

**Please be advised that effective January 22nd, 2015
my new mailing address is:**

Name:       **Douglas Scott**

Street:       **2506 Eastern Pine Rd**

City, State ,Zip: **Columbus, OH 43232**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on January 22nd, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Douglas Scott
2506 Eastern Pine Rd
Columbus, OH 43232

                              Respectfully Submitted,

                              /s/ Erin Schrader
                              Erin Schrader (0078078)
                              5 East Long Street
                              Suite 300
                              Columbus, Ohio 43215
                              (614) 228-4480